UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**LEON GRAHAM**
     vs.                                          Case No.   9:22-cv-802-DNH-CFH

**ERIC CLARK, et al.**

## ORDER FOR TELEPHONE CONFERENCE

The Court hereby ORDERS the arrangement and participation of:

1. **Name of detainee:**                       **LEON GRAHAM**
2. **Prisoner ID #:**                            **21-B-0002**

3. **Detained by:**                              **MARCY CORR. FACILITY**
                                                    **9000 Old River Road**
                                                    **Box 5000**
                                                    **MARCY, NEW YORK 13403-5000**

4. **Detainee is:**               **(A)**    **(X)**    **Plaintiff in a Civil Action**

                                   **(B)**    **(  )**    **A witness not otherwise available by the ordinary process of the Court**

**5. Participation of Inmate LEON GRAHAM (21-B-0002) is hereby ORDERED on Wednesday, January 17th, 2024 at 10:00 a.m. for a telephone conference to be conducted by Magistrate Judge Christian F. Hummel. The Court will initiate the conference call.**

**SO ORDERED,**

*[signature]*
Christian F. Hummel
U.S. Magistrate Judge

Date:  **January 2, 2024**

cc:    Leon Graham, via U.S. Postal Service
       Marcy Correctional Facility, via e-mail, and regular mail
       Daniel Cartwright, Esq. and David Walsh, IV, Esq. , via CM/ECF