UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LEON GRAHAM,

                Plaintiff,

v.

ERIC CLARK
JACOB PROCTOR
CONNOR JOHNSON
JEFFREY KEMP AND
LINGO

**STIPULATION OF DISCONTINUANCE**

Civil Case No.:
9:22-cv-802

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the defendant and pro se plaintiff, whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the action is discontinued with prejudice to renewal and without costs to either party as against the other.

**IT IS FURTHER AGREED** that this Stipulation may be filed with the Clerk of the Court without further notice.

DATED: 3-27-24

                                          LEON GRAHAM, *Pro Se*
                                          2947 West 23rd Street Apt 8S
                                          Brooklyn NY 11224

DATED: March 19, 2024

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 04-11-2024

                                          David H. Walsh, Esq.
                                          Kenney Shelton Liptak Nowak LLP
                                          *Attorneys for Defendants*
                                          4615 North Street
                                          Jamesville, NY 13078
                                          315-492-3000